**Bruno F. SINIGAGLIO, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 06–3412.

United States Court of Appeals, Federal Circuit.

April 9, 2007.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM:

**This CAUSE having been heard and considered, it is**

**ORDERED and ADJUDGED:**

*AFFIRMED. See* Fed. Cir. R. 36.

**In re Boris SKURKOVICH and Simon Skurkovich.**

No. 06–1558.

United States Court of Appeals, Federal Circuit.

April 9, 2007.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM:

**This CAUSE having been heard and considered, it is**

**ORDERED and ADJUDGED:**

*AFFIRMED. See* Fed. Cir. R. 36.